Samuel DODSON, Plaintiff-Appellant,

v.

NEVADA DEPARTMENT OF
CORRECTIONS; et al.,
Defendants-Appellees.

No. 16-17264

United States Court of Appeals,
Ninth Circuit.

Submitted December 18, 2017 *

Filed December 22, 2017

Samuel Dodson, Pro Se

D. Randall Gilmer, Deputy Attorney General, AGNV—Office of the Nevada Attorney General (Las Vegas) Las Vegas, NV, for Defendants-Appellees

Before: WALLACE, SILVERMAN, and BYBEE, Circuit Judges.

MEMORANDUM **

Samuel Dodson, a Nevada state prisoner, appeals pro se from the district court's order denying his Federal Rule of Civil Procedure 60(b)(6) motion for relief from judgment in his 42 U.S.C. § 1983 action. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion a district court's denial of a Rule 60(b) motion. *Foley v. Biter*, 793 F.3d 998, 1001 (9th Cir. 2015). We affirm.

The district court did not abuse its discretion by denying Dodson's motion for relief because Dodson failed to show "extraordinary circumstances prevented [him] from timely action to prevent or correct an erroneous judgment." *Greenawalt v. Stewart*, 105 F.3d 1268, 1273 (9th Cir. 1997) (citation and internal quotation marks omitted).

AFFIRMED.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

